Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Law Offices of Lynn Hubbard**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tony Martinez,<br><br>    Plaintiff,<br><br>vs.<br><br>Ralphs Grocery Company, et al.,<br><br>    Defendants. | Case No. CIV.S 05-1909 GEB KJM<br><br>**Stipulation to Amend the Scheduling Order and [Proposed] Order Thereon**<br><br>Complaint Filed: September 21, 2005<br>Pretrial Conf.: September 10, 2007 |

    WHEREAS, the Parties were served with the Status (Pre-trial Scheduling) Order (hereinafter "Scheduling Order) on December 5, 2005 in this instant action;

    WHEREAS, the Scheduling Order provides that on or before December 11, 2006, each party shall comply with the disclosure provisions as set forth in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure (hereinafter "FRCP");

*Martinez v. Foods Co, et al.*, Case No. CIV.S 05-1909 GEB KJM
Stipulation to Continue Expert Disclosures and Rebuttal Expert Disclosures

- 1 -

1     WHEREAS, the Scheduling Order provides that on or before January 11, 2007, each party shall comply with the supplemental disclosures regarding contradictory or rebuttal evidence under FRCP 26(a)(2)(C);

    WHEREAS, the Parties were engaged in settlement negotiations and are unable to coordinate a date for the Rule 34 Site Inspection until December and plaintiff's expert will not have sufficient time to prepare his report.  Therefore, the Parties seek to extend the dates for disclosures under FRCP 26(a)(2)(A), (B), and (C).

    IT IS HEREBY STIPULATED AND AGREED by and among the parties that the Scheduling Order be amended as follows:

1. On or before January 11, 2007 each party shall comply with the disclosure provisions set forth in FRCP 26(a)(2)(A) and (B);

2. On or before February 11, 2007 each party shall comply with the supplemental disclosure provisions set forth in FRCP 26(a)(2)(C); and

3. Nothing in this Stipulation shall be construed to affect any other date set forth in the Court's Scheduling Order, as all other dates shall remain the same.

Dated: December 6, 2006 LAW OFFICES OF LYNN HUBBARD

                          /s/ Lynn Hubbard, Esquire
                          LYNN HUBBARD, III
                          Attorney for Plaintiff

Dated: December 5, 2006 GREENBERG TRAURIG, LLP

                          /s/ Ezra Reinstein, Esquire
                          EZRA REINSTEIN
                          Attorneys for Defendants
                          RALPHS GROCERY COMPANY dba
                          FOODS CO. #371

*Martinez v. Foods Co, et al.*, Case No. CIV.S 05-1909 GEB KJM
Stipulation to Continue Expert Disclosures and Rebuttal Expert Disclosures

# Order

IT IS HEREBY ORDERED that:

1. On or before January 11, 2007 each party shall comply with the disclosure provisions set forth in FRCP 26(a)(2)(A) and (B);

2. On or before February 11, 2007 each party shall comply with the supplemental disclosure provisions set forth in FRCP 26(a)(2)(C); and

3. Nothing in this Stipulation shall be construed to affect any other date set forth in the Court's Scheduling Order, as all other dates shall remain the same.

Date: December 11, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge